| | |
|---|---|
| **No. 21-5012** | **September Term, 2021** |
| | 1:19-cv-00654-RJL |
| | **Filed On:** August 22, 2022 |

Steven M. Larrabee,

    Appellee

    v.

Carlos Del Toro, in his official capacity as
Secretary of the Navy and United States,

    Appellants

    **BEFORE:**   Rao and Walker, Circuit Judges; and Tatel, Senior Circuit Judge

## O R D E R

Upon consideration of appellee's corrected consent motion for a 30-day extension of time to file a petition for rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing and/or petition for rehearing en banc is now due on October 17, 2022.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:   /s/
        Daniel J. Reidy
        Deputy Clerk