# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 21-5012**  **September Term, 2022**

1:19-cv-00654-RJL

**Filed On: January 3, 2023** [1979813]

Steven M. Larrabee,

    Appellee

  v.

Carlos Del Toro, in his official capacity as
Secretary of the Navy and United States,

    Appellants

## M A N D A T E

In accordance with the judgment of August 2, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

  BY:    /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the judgment filed August 2, 2022